

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-23-00397-CV

———————————————

MELINDA ANNETTE PRIMUS, Appellant

V.

LSG SKY CHEFS, INC. AND WONOLO INC., Appellees

---

On Appeal from the 141st District Court
Tarrant County, Texas
Trial Court No. 141-342979-23

---

Before Sudderth, C.J.; Kerr and Birdwell, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION AND JUDGMENT

Appellant's brief was due on December 29, 2023, but no brief was filed. *See* Tex. R. App. P. 38.1, 38.6(a). On January 10, 2024, we warned Appellant that we could dismiss her appeal for want of prosecution unless, within ten days, she filed a brief and an accompanying motion reasonably explaining the brief's untimeliness. *See* Tex. R. App. P. 10.5(b), 38.8(a)(1), 42.3(b). More than ten days have passed, and nothing has been filed in response.

Because Appellant has failed to file a brief, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1), 42.3(b), 43.2(f).

Per Curiam

Delivered: February 8, 2024